THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Byron Spivey, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Spartanburg County
Doyet A. Early, III, Circuit Court Judge
Memorandum Opinion No.  2009-MO-010
Submitted February 19, 2009  Filed
 February 23, 2009  
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Deputy
 Chief Appellate Defender Wanda H. Carter, of South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Molly
 R. Crum, of Columbia, for Respondent.
 
 
 

PER CURIAM: We
 granted certiorari to review the post-conviction relief courts denial of
 relief to petitioner.  We now dismiss the writ as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL,
 C.J., WALLER, PLEICONES and KITTREDGE, JJ., concur. BEATTY, J. not
 participating.